MASONS' SUPPLIES COMPANY, Respondent, *v.* ROLAND D. JONES, Appellant, Impleaded with Others.

*Masons' Supplies Co.* v. *Jones,* 58 App. Div. 231, affirmed.
(Argued June 27, 1902; decided October 7, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April

25, 1901, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*J. Alexander Koones* for appellant.

*George B. Dunn* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.